UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:10-MJ-1904-WW

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
CHARLOTTE JOHNSON )
a.k.a. Charlette Johnson )

Upon motion by the United States, with the consent of the Defendant, and for good cause shown therein, it is HEREBY ORDERED that the above-captioned magistrate case is hereby terminated and closed. The docket entry closing this matter shall note that the conduct at issue in the criminal complaint in this matter has been incorporated and charged in the Superseding Indictment returned against the defendant in <u>United States v. Johnson</u>, 7:10-CR-93-1BR (E.D.N.C. 2010) (Superseding Indictment at Docket Entry 24).

So ordered, this 17th day of December, 2010.

_____
The Honorable William A. Webb
United States Magistrate Judge